*Bates* and *Bates,* jr., for plaintiff.

*Frame,* for defendant.

—⟶»»●◉●«‹⟵—

## WOLF *vs.* HEATHERS.

General rule as to notice of inquisition or sale of land.

KENT, October term, 1845. In this case an inquisition on lands having been set aside for want of proper notice to the defendant, the court made the following general rule:

No. 45. Notice of holding inquisitions on land, or of sale, shall be served personally on the defendant if residing in the county. If he does not reside in the county, notice shall be served on the tenant, or if there be no tenant, shall be left at the mansion house or other notorious place on the premises.